UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-53436 |
| MELISSA E. UNDERWOOD | ) | CHAPTER 7 |
| Debtor | ) | BANKRUPTCY JUDGE: MARILYN SHEA-STONUM |

AMENDED
TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

Notice is given, in accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure and §554 of the United States Bankruptcy Code, of the Trustee's proposed abandonment of this property (the "Property"):

| | |
|---|---|
| Description of Property: | 1968 Springfield Center Road, Akron, Ohio |
| Estimated Market Value: | $25,000.00 |
| Source of Valuation: | (Based upon extremely poor condition, per appraisal) |
| Amount of Liens: | $77,000.00 |
| Claimed Exemptions: | $ -0- |
| | (O.R.C. Section 2329.66(A)(1)) |

**Your rights may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

Please take notice that unless an objection or request for hearing on this proposed abandonment is filed, the Property will be deemed abandoned according to law without further order of the Court or action by the Trustee.

If you object to the proposed abandonment, on or before **June 28, 2010** you or your attorney must:

1. File with the Court an objection at the following address:
   Clerk of the United States Bankruptcy Court
   455 U.S. Courthouse-Federal Building
   2 South Main Street, Akron, Ohio 44308

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

2. Mail a copy of Your Objection to Each of the Following:

U. S. Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301
Harold A. Corzin, Chapter 7 Trustee, 304 N. Cleveland-Massillon Road, Akron, Ohio, 44333
Office of the U. S. Trustee, HMM U.S. Court House, 201 Superior Avenue, Room 441, Cleveland, Ohio 44114

You and/or your attorney must attend any hearing scheduled by the Court.

Dated: June 7, 2010

Respectfully submitted,

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE (0005021)
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770 Voice
hcorzin@csu-law.com

I CERTIFY THAT ON June 7, 2010 copies of the Trustee's Notice of Proposed Abandonment were served upon US Bank Home Mortgage (secured creditor), 4801 Frederica Street, Owensboro, KY 42301 (by Regular U.S. Mail), Melissa E. Underwood (debtor), 1495 Erie Ave. Blvd., #1, Akron, Ohio 44305 (by Regular U.S. Mail) and to Robert M. Whittington (attorney for debtor), 1023 Key Building, 159 South Main Street, Akron, Ohio 44308 (served electronically), and to the following interested parties: Craig S. Chaffman, 1968 Springfield Center Road, Akron, Ohio 44312 (by Regular U.S. Mail); Michael J. Moran, Attorney for Trustee, P. O. Box 535, Cuyahoga Falls, Ohio 44222 (by Regular U.S. Mail); Erin M. Laurito, Attorney for US Bank, NA, 35 Commercial Way, Springboro, Ohio 45066 (served electronically: jsummers@lauritolaw.com)

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE